No. 4120.—Pueblo, apldo., *v.* Dumas, aplte.—C. D. San Juán. Infracción Ley de Autos. Abril 28, 1930.

No. 4119.—Pueblo, apldo., *v.* Hiraldo, aplte.—C. D. San Juan. Portar armas. Abril 28, 1930.

No. 4114.—Pueblo, apldo., *v.* Rodríguez, Etc., aplte.—C. D. Ponce. Mutilación. Abril 29, 1930.

No. 4146.—Pueblo, apldo., *v.* Pagán, aplte.—C. D. San Juan. Delito contra la salud. Mayo 5, 1930.

No. 4147.—Pueblo, apldo., *v.* Muñoz, aplte.—C. D. San Juan. Infracción Ley de Prohibición. Mayo 5, 1930.